**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: January 11, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 09-35714 |
| | | (Chapter 7) |
| MITCHELL W. ALLEN | : | (Judge Walter) |
| YASMEEN ALLEN | | |
| | : | **STIPULATED ORDER** |
| Debtors | | **GRANTING RELIEF** |
| | : | **FROM STAY** |

    Creditor, The National Bank & Trust Company, through counsel, and Debtors, Mitchell W. Allen and Yasmeen Allen, through counsel, hereby stipulate and agree to the Court entering an Order Granting Relief from Stay regarding real estate located at **52 E. Mulberry Street, Lebanon, Ohio 45036,** as more particularly described in the Mortgage recorded on October 13, 2006, in O.R. Book 4314, page 350, et seq., of the Warren County, Ohio Records.

    IT IS HEREBY ORDERED that relief from the automatic stay is hereby granted to The National Bank & Trust Company regarding the above-referenced property, and to allow Creditor to

send the statutorily or contractually required notices as to the disposition and sale of the collateral to the Debtors.

     SO ORDERED.

KOHNEN & PATTON LLP
Attorneys for Creditor, The
National Bank & Trust Co.

By: /s/ Malinda L. Langston
    Malinda L. Langston (0068758)
    201 E. Fifth Street, Suite 800
    Cincinnati, Ohio 45202
    Telephone: (513) 381-0656
    Facsimile: (513) 381-5823
    e-mail: mlangston@kplaw.com

/s/ Paul Spaeth, Trustee, by Malinda L. Langston per written authorization 1/8/10
Paul Spaeth, Trustee
7925 Paragon Road, Suite 101
Dayton, Ohio 45459
Telephone: (937) 223-1655

/s/ Donald F. Harker, by Malinda L. Langston per written authorization 12/8/09
Donald F. Harker
Attorney for Debtors
One First National Plaza, Suite 2103
Dayton, Ohio 45402
Telephone: (937) 461-8800

Copies to:    Default List, plus additional party:

    HSBC Bank Nevada, N.A.
    Bass & Associates, P.C.
    3936 E. Ft. Lowell Road, Suite 200
    Tucson, AZ 85712

            # # #